United States District Court
Middle District of Florida
Jacksonville Division

**KATHLEEN J. DAVIS,**

    *Plaintiff,*

v.                                                                      **NO. 3:20-cv-901-J-39PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

## Order

The Commissioner cannot timely file a certified transcript required under 42 U.S.C. § 405(g) because of a high volume of pending actions and pandemic-caused disruptions in operations and related limitations. Doc. 13-1. The Commissioner therefore moves for a ninety-day stay. Doc. 13. The Commissioner represents that Kathleen Davis does not oppose a stay. Doc. 13 at 3.

The Commissioner demonstrates good cause for the requested relief. *See* Doc. 13-1 (declaration by the Executive Director for the Office of Appellate Operations for the Social Security Administration). As stated in other actions involving similar motions, the pandemic has caused substantial disruptions in most aspects of life and work, warranting lenity. Moreover, the action was filed only recently.

2

The Court **grants** the motion, Doc. 13; **stays** the case until March 21, 2021, or until the Commissioner files the answer and transcript, whichever is earlier; and **directs** the clerk to administratively close the case during the stay.

**Ordered** in Jacksonville, Florida, on December 28, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*